1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5084
7     Fax: (408) 535-5066
      E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,              )  No. CR 11-00323-DLJ
                                          )
15              Plaintiff,                )
                                          )  STIPULATION AND []
16         v.                             )  ORDER RESCHEDULING STATUS
                                          )  HEARING AND EXCLUDING TIME
17 BARDOMIANO RAMIREZ-GOMEZ,              )
                                          )
18              Defendant.                )
                                          )
19

20     IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

21 currently scheduled before U.S. District Judge Edward J. Davila for Monday, March 18, 2013 at

22 1:30 p.m., be vacated and rescheduled for Thursday, April 4, 2013 at 9:00 a.m. before U.S.

23 District Judge D. Lowell Jensen. The parties further stipulate that the court may exclude the

24 period of time from March 18, 2013 through and including April 4, 2013 from the computation

25 of the period of time within which the trial must commence for the reasons set forth in the

26 proposed order below.

27

28

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 11-00323-DLJ**

1  It is so stipulated.

2  Dated: ___March 12, 2013___                      _____/s/_____
3                                                    JOHN N. GLANG
                                                     Assistant United States Attorney
4

5  Dated: ___March 12, 2013___                      _____/s/_____
                                                     JAY RORTY
6                                                    Attorney for Bardomiano Ramirez Gomez

7

8                              **[] ORDER**

9      Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this
10 case, previously scheduled before U.S. District Judge Edward J. Davila for Monday, March 18,
11 2013 at 1:30 p.m., be vacated and rescheduled for Thursday, April 4, 2013 at 9:00 a.m. before
12 U.S. District Judge D. Lowell Jensen.
13     This case was previously assigned to U.S. District Judge Edward J. Davila.  On February 26,
14 2013, U.S. District Judge D. Lowell Jensen signed an order pursuant to Crim. L.R. 8-1(b)
15 relating this case with earlier-filed Case No. CR 11-00090-DLJ.  The latter case is currently
16 scheduled for status hearing on Thursday, April 4, 2013 at 9:00 a.m. before U.S. District Judge
17 D. Lowell Jensen.  The parties have now stipulated that the status hearing in this case can
18 therefore be continued from March 18, 2013 until April 4, 2013.
19     Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of
20 time from March 18, 2013 through and including April 4, 2013 from the computation of the
21 period of time within which the trial must commence.  The court FINDS that the ends of justice
22 served by the delay outweigh the best interest of the public and the defendant in a speedy trial.
23 The court bases this finding on the need of defense counsel to review 57 discs containing 39,409
24 pages of discovery that the government recently provided to him, and to afford counsel
25 ///
26 ///
27 ///
28 ///

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 11-00323-DLJ**                                   2

1  the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. §
2  3161(h)(7)(B)(iv).
3
4  It is so ordered:
5  Dated: _____          _____
6                                    D. LOWELL JENSEN
                                     United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 11-00323-DLJ**                                      3