UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00323 DLJ |
| Plaintiff, | |
| vs. | STIPULATION AND [] ORDER TO CONTINUE STATUS CONFERENCE |
| BARDOMIANO RAMIREZ-GOMEZ, | |
| Defendant. | |

## STIPULATION

The United States, by and through Assistant United States John Glang, and defendant Bardomiano Ramirez-Gomez, by and through Attorney Jay Rorty, hereby stipulate that, with the Court's approval, the status conference hearing currently set for, March 6, 2014, at 9:00 a.m. is vacated and a status conference shall be held April 10, 2014 at 9:00 a.m.

The parties further stipulate that time between March 6, 2014 and April 14, 2014 is excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h), based on the need for effective preparation of defense counsel.

.

Dated:_____          _____/s/_____
                                JOHN GLANG
                                Assistant United States Attorney


Dated:_____          _____/s/_____
                                JAY RORTY
                                Attorney for Defendant

1

**[] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the present status conference hearing date of March 6, 2014 be vacated and a new status conference calendared for April 10 2014, at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), the court excludes the period of time from March 6, 2014 through and including April 10, 2014, from the computation of the period of time within which the trial must commence.  The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  The court bases this finding on the need to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _____            _____
                               THE HONORABLE D. LOWELL JENSEN
                               United States District Judge