1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5084
7       Fax: (408) 535-5066
        E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )  CASE NO. 11-00323-DLJ
                                        )
15          Plaintiff,                  )  STIPULATION AND [] ORDER FOR
                                        )  VISIT OF FEDERAL DETAINEE AT SANTA
16     v.                               )  CLARA COUNTY JAIL
                                        )
17  BARDOMIANO RAMIREZ GOMEZ,           )
                                        )
18          Defendant.                  )
                                        )
19

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that Dr. Jose Arturo Silva (California Driver's License Number XXX2241) shall be permitted

22  to enter the Santa Clara County Jail in San Jose, California for the purpose of interviewing federal

23  detainee Zosi Ambrosio (Santa Clara County PFN DYT218) in the presence of his attorney Thomas J.

24  Ferrito, said interview being necessary in order for Dr. Silva to properly conduct the mental competency

25  examination of the defendant in the above-entitled case under Title 18, United States Code, Section

26  ///

27  ///

28  STIPULATION AND [] ORDER FOR VISIT OF FEDERAL DETAINEE AT SANTA
    CLARA COUNTY JAIL
                                            1

4241, pursuant to this court's order entered on May 14, 2014.

It is so stipulated.

Dated:  June 27, 2014                      _____/s/_____
                                                              JOHN N. GLANG
                                                              Assistant United States Attorney
                                                              Northern District of California

It is so stipulated:

Dated:  June 27, 2014                      _____/s/_____
                                                              JAY RORTY
                                                              Attorney for Bardomiano Ramirez Gomez

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that Dr. Jose Arturo Silva (California Driver's License Number XXX2241) shall be permitted to enter the Santa Clara County Jail in San Jose, California for the purpose of interviewing federal detainee Zosi Ambrosio (Santa Clara County PFN DYT218) in the presence of his attorney Thomas J. Ferrito.

It is so ORDERED:

Dated: _____          _____
                                                        D. LOWELL JENSEN
                                                        United States District Judge
                                                        Northern District of California

STIPULATION AND [] ORDER FOR VISIT OF FEDERAL DETAINEE AT SANTA CLARA COUNTY JAIL

2