**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00323 DLJ |
| Plaintiff, | |
| vs. | STIPULATION AND [] ORDER TO CONTINUE STATUS CONFERENCE |
| BARDOMIANO RAMIREZ-GOMEZ, | |
| Defendant. | |

## STIPULATION

The United States, by and through Assistant United States John Glang, and defendant Bardomiano Ramirez-Gomez, by and through Attorney Jay Rorty, hereby stipulate that, with the Court's approval, the status conference hearing currently set for, July 31, 2014, , at 9:00 a.m. is vacated and a status conference shall be held August 28, 2014 at 9:00 a.m. the reason for the continuance is that the psychologist evaluating Mr. Ramirez-Gomez has requested additional time to complete his report.

The parties further stipulate that time between July 31, 2014, and August 28, 2014 is excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h), based on the need for effective preparation of defense counsel.

.

Dated:_____                    _____/s/_____
                                          JOHN GLANG
                                          Assistant United States Attorney

Dated:_____                    _____/s/_____
                                          JAY RORTY
                                          Attorney for Defendant

1

**[] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the present status conference hearing date of July 31, 2014 be vacated and a new status conference calendared for August 28 2014, at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Section 3161(h)(1)(A, the court excludes the period of time from July 31, 2014 through and including August 28, 2014, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need to afford counsel the reasonable time necessary for effective preparation and delay resulting from proceedings necessary to determine the mental competency of the defendant, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv) and Section 3161(h)(1)(A).

IT IS SO ORDERED.

DATED: ï ÐÍŒÐÏ

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge